STATE OF NEW JERSEY v. DARRIN BOLEN.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE M. SPINKS.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID H. WILLIAMS.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L.Z.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT WILLETTE.

December 10, 1984.

Petition for certification denied.